THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TURCHIANO, Appellant.—

Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

TOWN & COUNTRY ENTERPRISES, INC., Respondent, v. JILROR REALTY CORPORATION et al., Respondents, and FLORENCE MALFA et al., Appellants.—

Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.